

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1087-14

**IKE ANTYON BRODNEX, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON PETITION FOR DISCRETIONARY REVIEW
### FROM THE ELEVENTH COURT OF APPEALS
### MIDLAND COUNTY

*Per curiam.*

### <u>O R D E R</u>

The Court refuses appellant's petition for discretionary review. The Court grants

review on its own motion and requests briefing from the parties on the following question:

Does an officer have reasonable suspicion to detain a suspect based upon
observing the suspect walking with another person at 2 a.m. in an area known
for narcotics activity and based upon the officer's unsubstantiated belief that
the suspect is a "known criminal"?

The Clerk of this Court will send copies of this order to the Court of Appeals for the Eleventh District, the State Prosecuting Attorney, the District Attorney for Midland County, and Appellant.

Entered November 5, 2014
Do Not Publish